UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __2nd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jeffrey H. Walk                                         Case No.: 14-28966-EPK
Last Four Digits of SS# -9047

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __54__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 220.00    for months   1   to   5   ;
- B. $ 220.08    for months   6   to  54   ;
- C. $           for months       to      ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 1,000.00         TOTAL PAID $ 0.00
                Balance Due  $ 1,000.00   payable $ 200.00   /month (Months  1  to  5 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   *Arrearage on Petition Date* $ _____
   *Account No:* _____    *Arrears Payment*   $ _____ /month (Months ___ to ___)
   _____    *Regular Payment*   $ _____ /month (Months ___ to ___)

2. _____   PAY-OFF TOTAL $ _____ payable $ _____ /month (Months ___ to ___)
   *Account No:* _____   [payment includes __% interest for total payments of $___]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $ _____
                              Payable  $ _____ /month (Months ___ to ___)

Unsecured Creditors: Pay $ 200.07          /month (Months  6  to  54  ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Debtor surrenders property(713 NW Kilpatrick Ave., Port St. Lucie, FL 34983) securing St. Lucie County Tax Collector, Wells Fargo Bank, NA/Wells Fargo Home Mortgage(acct...6057), GMAC Mortgage(acct...7667), and Green Tree Servicing(acct....7812). First Choice Credit Union(acct...8075 and acct ...8091) and Ford Motor Credit Company, LLC(acct...5744) to be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor
Date: 1/5/15

LF-31 (rev. 01/08/10)